IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Frankie S. Snider, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No.: 6:10-cv-2460-TLW-KFM |
| Michael J. Astrue, Commissioner of Social Security, | ) |
| Defendant. | ) |

# ORDER

The plaintiff, Frankie S. Snider ("plaintiff"), brought this action pursuant to 42 U.S.C. § 405(g) to obtain judicial review of a final decision of the defendant, Commissioner of Social Security ("Commissioner" or "defendant"), denying her claim for disability insurance benefits. This matter is before the Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Kevin F. McDonald, to whom this case had previously been assigned pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2), DSC. In the Report, the Magistrate Judge recommends that the Commissioner's decision be reversed under sentence four of 42 U.S.C. § 405(g) and that the case be remanded to the Commissioner for further proceedings as discussed in the Report. (Doc. # 15). The defendant filed a reply to the Report, indicating the Commissioner would not file objections to the Report. (Doc. # 19).

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. §

1

636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED**. (Doc. # 15). For the reasons articulated by the Magistrate Judge, the Commissioner's decision is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g), and this case is remanded to the Commissioner for further proceedings as discussed in the Report.

**IT IS SO ORDERED**.

s/Terry L. Wooten  
United States District Judge

February 16, 2012

Florence, South Carolina